ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Telephone:     (209) 544-0200
Fax:               (209) 544-1860


Attorney for Defendant
Jana Catherine Broddie


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-40 LJO |
| | ) | |
| Plaintiffs, | ) | DEFENDANT'S NOTICE OF WAIVER |
| | ) | AND PERSONAL APPEARANCE; |
| vs. | ) | ORDER THEREON |
| | ) | |
| | ) | |
| JANA CATHERINE BRODDIE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, JANA CATHERINE BRODDIE, waives her right to be present in open court, upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of hers which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of his attorney, ROBERT L. FORKNER, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the court may fix in his absence.

Defendant further acknowledges that she has been informed of her rights under Title 18, United States Code, Sections 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without Defendant being present.


Dated: 6/26/12                          /S/ Jana Catherine Broddie
                                        JANA CATHERINE BRODDIE
                                        DEFENDANT


Dated: 6/26/12                          /s/ Robert L. Forkner
                                        ROBERT L. FORKNER,
                                        Attorney for Defendant


The defendant's request is GRANTED.

IT IS SO ORDERED.

Dated:    June 29, 2012                      /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE