**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
CHRISTIAN BARRON-RUEDA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00040 LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND SENTENCING SCHEDULE AND ORDER** |
| vs. | |
| CHRISTIAN BARRON-RUEDA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for July 22, 2013, at 8:30 a.m. be continued to **August 5, 2013, at 8:30 a.m.** before the Honorable Lawrence J. O'Neill.  The need for a continuance is based upon counsel's need for appropriate time to address the Presentence Report as counsel has been in trial since last week, starting June 24, 2013.  Counsel needs time to fully prepare the informal objections, as well as a suitable Sentencing Memorandum.

///
///
///

1    **IT IS ALSO HEREBY STIPULATED** that the following proposed sentencing schedule
2    be followed:
3        Informal Objections due:                                             July 15, 2013
4        Sentencing Memorandum due:                               July 29, 2013
5        Judgment and Sentencing Date:                             August 5, 2013
6    These circumstances have been related to Assistant United States Attorney Kathleen
7    Servatius, who expresses no objection to the requested continuance.
8    The parties stipulate and agree that the interests of justice served by granting this
9    continuance outweigh the best interests of the public and the defendant in a speedy trial and that
10   the delay from the continuance shall be excluded from the calculation of time under the Speedy
11   Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
12   It is your Declarant's opinion that a continuance such as requested shall not prejudice any
13   party concerned with this matter.
14   **IT IS SO STIPULATED.**
15   DATED: July 1, 2013.         NUTTALL & COLEMAN

17                                          By: /s/ Roger T. Nuttall
                                          ROGER T. NUTTALL
18                                            Attorneys for Defendant,
                                          CHRISTIAN BARRON-RUEDA

20   DATED: July 1, 2013.         BENJAMIN B. WAGNER
                                          United States Attorney

23                                          By: /s/ KATHLEEN SERVATIUS
                                         KATHLEEN SERVATIUS
                                         Attorney for Plaintiff

**O R D E R**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on July 22, 2013, at 8:30 a.m., is continued to **August 5, 2013, at 8:30 a.m.**

**IT IS FURTHER ORDERED** that the above-proposed sentencing schedule shall be followed.

IT IS SO ORDERED.

**Dated:   July 2, 2013**            /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE