**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
CHRISTIAN BARRON-RUEDA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 1:12-CR-00040 LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND SENTENCING SCHEDULE AND ORDER** |
| vs. | |
| **CHRISTIAN BARRON-RUEDA,** | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing Hearing currently scheduled for August 5, 2013, at 8:30 a.m. be continued to **August 19, 2013, at 8:30 a.m.** before the Honorable Lawrence J. O'Neill. The need for a continuance is based upon counsel's need for additional time to address the Presentence Report as counsel has previously been in trial. Additionally, in recently preparing the informal objections, counsel concluded that he must meet with his client prior to finalizing the informal objections. The defendant is currently housed in the Lerdo Jail Facility and will need to be transported in order to meet with counsel. Counsel needs the time to fully prepare the informal objections, as well as a

suitable Sentencing Memorandum.

**IT IS THEREFORE STIPULATED** that the following proposed sentencing schedule be followed:

| | |
|---|---|
| Informal Objections due: | August 1, 2013 |
| Sentencing Memorandum due: | August 14, 2013 |
| Judgment and Sentencing Date: | August 19, 2013 |

These circumstances have been related to Assistant United States Attorney Kathleen Servatius, who (through AUSA Kevin Rooney) has expressed no objection to the requested continuance.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

**IT IS SO STIPULATED.**

DATED: July 15, 2013.                NUTTALL & COLEMAN

By: /s/ Roger T. Nuttall
ROGER T. NUTTALL
Attorneys for Defendant,
CHRISTIAN BARRON-RUEDA

DATED: July 15, 2013.                BENJAMIN B. WAGNER
United States Attorney

By: /s/ KATHLEEN SERVATIUS
KATHLEEN SERVATIUS
Attorney for Plaintiff

2

**O R D E R**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on August 5, 2013, at 8:30 a.m., is continued to **August 19, 2013, at 8:30 a.m.**

**IT IS FURTHER ORDERED** that the above-proposed sentencing schedule shall be followed.

DATED: July 16, 2013.

                          _/s/ Lawrence J. O'Neill
                            Lawrence J. O'Neill, Judge
                            United States District Court