```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KTHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:12-cr-00040 LJO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) CONTINUING SENTENCING HEARING |
| | ) Old Date: July 22, 2013 |
| v. | ) Old Time: 8:30 a.m. |
| | ) **New Date: Sep. 3, 2013** |
| LUIS JAVIER FREGOSO, | ) **New Time: 8:30 a.m.**<br>) **Court: Four**<br>) **(Hon. Lawrence J. O'Neill)** |
| Defendant. | ) |

Defendant Luis Javier Gregoso pleaded guilty to count one, Conspiring to Distribute Methamphetamine. Sentencing is currently set for July 22, 2013, at 8:30 a.m.

Mr. Fregoso's plea agreement, sets forth various obligations. To allow additional time for Mr. Fregoso to fulfill his obligations under the plea agreement, the parties agree that there is good cause for a continuance and hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from July 22, 2013 to September 3, 2013, at 8:30 a.m., or the earliest date thereafter that is convenient to the Court. The

parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Respectfully submitted,

Dated: July 16, 2013  BENJAMIN B. WAGNER
United States Attorney

By: /s/Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Dated: July 16, 2013  /s/ Peter A. Leeming
(authorized on 7/15/13)
PETER A. LEEMING
Attorney for Defendant
Luis Javoer Fregoso

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from July 22, 2013 to September 3, 2013, at 8:30 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated: July 17, 2013  /s/ Lawrence J. O'Neill
HON. LAWRENCE J. O'NEILL
United States District Judge